IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TASHA MILLS | ) |
|     Plaintiff, | ) Case No. 1:22-cv-02292 <br> ) <br> ) JUDGE DAN AARON POLSTER |
| v. | ) <br> ) <u>MINUTES OF CASE MANAGEMENT</u> |
| MOUNT ROYAL VILLA, LLC D/B/A/ THE PAVILION REHABILITATION AND NURSING CENTER. | ) <u>CONFERENCE AND STIPULATED</u> <br> ) <u>DISMISSAL</u> <br> ) <br> ) <br> ) |
|     Defendant. | ) |

    On April 10, 2023, the Court held a case management conference via Zoom and engaged the parties in settlement discussions regarding the payment of attorney fees to Plaintiff's Counsel. At the conclusion, the parties reached a settlement. Accordingly, this case is dismissed with prejudice, the Defendant to pay the agreed upon amount of attorney fees to Plaintiff's Counsel. Notice by the Clerk of Court is hereby waived. The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

Date: April 10, 2023

                                             <u>/s/ Dan Aaron Polster</u>
                                             Dan Aaron Polster
                                             United States District Judge